UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ANTHONY BRIAN JONES**                                                                     **PLAINTIFF**

vs.                                                                                                    No. 4:11-CV-27-CWR-FKB

**TEPPCO TERMINALING &,**                                                        **DEFENDANTS**
**MARKETING COMPANY, LLC**

## JUDGMENT

It is hereby ordered and adjudged that for the reasons stated in the Court's Memorandum Opinion and Order entered on December 22, 2011, Defendant Teppco Terminaling & Marketing Company, LLC's *Defendants' Motion to Dismiss for Improper Venue and, in the Alternative, Motion to Transfer Venue* is granted in part and denied in part. This matter is transferred to the United States District Court for the Northern District of Alabama.

SO ORDERED, this the 28th day of December, 2011.


                                                                s/Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE